

**Hobbie, Corrigan & Bertucio, P.C.**

Attorneys at Law

Norman M. Hobbie *

David P. Corrigan *

Edward C. Bertucio *

Michael R. Hobbie

Jacqueline DeCarlo

* Certified by the Supreme Court
of New Jersey as a
Civil Trial Attorney

* Certified by the Supreme Court
of New Jersey as a
Criminal Trial Attorney

File No.: **21-1800**

July 28, 2016

**VIA ELECTRONIC FILING & LAWYERS SERVICE**

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building &
United States Courthouse
Room 5000
402 E. State Street
Trenton, New Jersey 08608

Sept. 7, 2016 at 3:00pm

SO ORDERED: *Peter M Sheridan*

DATED: 8/19/16

Re: **United States v. Thomas Shannon**
    Cr. No. 15-275

Dear Judge Sheridan:

As Your Honor is aware, this firm represents Mr. Thomas Shannon with regard to the above-captioned matter.

I am in receipt of the Court's notice rescheduling the sentencing of Mr. Shannon from August 29th to September 8, 2016 at 11:30 a.m. before Your Honor.

Please be advised that I have a sentencing scheduled for September 8, 2016 at 9:00 a.m. at the Monmouth County Courthouse before Judge Oxley on <u>State v. Philip Seidle</u>. This is a high profile murder case wherein Mr. Seidle's family will be appearing from out of state for his sentencing.

As such, I am respectfully requesting the Mr. Shannon's sentencing be rescheduled for a different date. For the Court's convenience, I am available on September 7th or September 9th.

Thereafter, I am scheduled to start trial on September 13, 2016 in Middlesex County Superior Court before Judge Rivas on <u>State v. B. McInerney</u>. I anticipate this trial to last 4 - 6 weeks.

Remit to:

❑ 125 Wyckoff Road, Eatontown, NJ 07724        ❑ 506 Hooper Avenue, Toms River, NJ 08753
   732-380-1515 • Fax 732-380-1720                732-286-1515 • Fax 732-286-1501

www.hcblawyers.com

## HOBBIE, CORRIGAN & BERTUCIO, P.C.

July 28, 2016
Page 2


Please be advised that my office has contacted A.U.S.A. Nicholas Grippo and he consents to my request for an adjournment and has advised that he is also available on September 7th and September 9th.

I will await the Court's decision and thank you for your assistance in this regard.

Respectfully submitted,

S/ EDWARD C. BERTUCIO, ESQ.
EDWARD C. BERTUCIO, ESQ.

ECB/ctd
cc: Nicholas Grippo, A.U.S.A. (via electronic filing & regular mail)

F:\S\SHANNON, T. adv. UNITED STATES\L-Judge Sheridan re sentencing 7.28.16.docx